O/JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TERESA JENNIFER HAWS,                 ) Case No. CV 13-9299 JCG
                                      )
            Plaintiff,                )
                                      )
      v.                              ) **JUDGMENT**
                                      )
CAROLYN W. COLVIN, ACTING             )
COMMISSIONER OF SOCIAL                )
SECURITY ADMINISTRATION,              )
                                      )
            Defendant.                )
_____ )

        IT IS ADJUDGED that the decision of the Commissioner of the Social

Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to

sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent

with the Court's Memorandum Opinion and Order filed contemporaneously with the

filing of this Judgment.

Dated: March 19, 2015

_____
                                Hon. Jay C. Gandhi
                           United States Magistrate Judge