1  JANNA K. LOWENSTEIN (SBN 225371)
   Lowenstein Disability Lawyers, A.L.C.
2  15315 Magnolia Blvd., Suite 402
   Sherman Oaks, CA 91403
3  Tel:   (818) 905 6611
   Fax:   (818) 789 1375
4  Email: jklowenstein@yahoo.com

5  Attorneys for Plaintiff

6

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9

10 TERESA JENNIFER   HAWS )         CASE NO. CV 13-9299 JCG
                          )
11        Plaintiff,      )         ORDER AWARDING
                          )         ATTORNEYS FEES PURSUANT TO
12 vs.                    )         EAJA, 28 U.S.C. § 2412(d)
                          )
13 CAROLYN W. COLVIN,     )
   ACTING COMMISSIONER    )
14 OF SOCIAL SECURITY     )         _____
                          )
15        Defendant       )
   _____)

16

17     Pursuant to the Stipulation between the parties, through their respective counsel,

18 awarding attorneys fees under EAJA,

19         IT IS HEREBY ORDERED

20     That   EAJA fees are awarded in the amount of   $5,200.00, subject to the terms of

21 the stipulation.

22 Dated April 02, 2015

23                              _____

24                              JAY C. GANDHI
                                U.S. Magistrate Judge

25

26

27

28